**No. 10-959. Stephen Andrew Carden, Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

562 U.S. 1288, 131 S. Ct. 1694, 179 L. Ed. 2d 618, 2011 U.S. LEXIS 2232.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 398 Fed. Appx. 914.